**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAEMON SCHOPPER,

      Plaintiff,                   Case No. 25-10210
                                    Hon. Jonathan J.C. Grey
v.                            Magistrate Judge David R. Grand

JEFF HARDEN, et al.,

      Defendants.

_____/

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION (ECF No. 28)**

Pro se plaintiff Daemon Schopper filed this 42 U.S.C. § 1983 lawsuit against defendants Jeff Harden, Lee Gary, Michael Lantis, Regina Lowe, Jacob LaFave, Louis Adame, and Derick Curtis, alleging that defendants violated his right to free speech under the First Amendment and due process rights under the Fourteenth Amendment. (ECF No. 1, PageID.1.) This matter comes before the Court on Magistrate Judge David R. Grand's Report and Recommendation dated February 26, 2026. (ECF No. 28.) In the Report and Recommendation, the Magistrate Judge recommends that the Court grant defendants' motion for summary

judgment (ECF No. 21) and dismiss Schopper's cause of action. (ECF No. 28.) No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated February 26, 2026 (ECF No. 28) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (ECF No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that this cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

<u>**s/Jonathan J.C. Grey**</u>
JONATHAN J.C. GREY
Dated: March 24, 2026          UNITED STATES DISTRICT JUDGE

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 24, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager